**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-80115 |
| | § | |
| STEPHEN K. ANTWI | § | |
| SHUNTA M. ANTWI | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Janet S. Northrup, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $595,888.24 | Assets Exempt: | $133,879.21 |
| Total Distributions to Claimants: | $1,511.94 | Claims Discharged Without Payment: | $1,420,941.91 |
| Total Expenses of Administration: | $1,064.75 | | |

3) Total gross receipts of $2,576.69 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,576.69 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $600,823.78 | $1,076,822.41 | $1,076,822.41 | $1,511.94 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,064.75 | $1,064.75 | $1,064.75 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,558,860.49 | $47,185.15 | $47,185.15 | $0.00 |
| **Total Disbursements** | $2,159,684.27 | $1,125,072.31 | $1,125,072.31 | $2,576.69 |

4). This case was originally filed under chapter 7 on 03/27/2014. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/13/2016 By: /s/ Janet S. Northrup

Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Chase Bank Checking Acct. #2012 Available balance on date of filing | 1129-000 | $167.08 |
| Chase Bank Checking Acct. #6711 Available balance on date of filing | 1129-000 | $5.42 |
| 2013 Tax Refund | 1224-000 | $2,106.13 |
| Texas Comptroller Unclaimed Funds | 1229-000 | $298.06 |
| **TOTAL GROSS RECEIPTS** | | $2,576.69 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | SMS Financial CAP, LLC | 4110-000 | $541,700.02 | $1,076,822.41 | $1,076,822.41 | $1,511.94 |
| | Retax Funding | 4110-000 | $13,188.22 | $0.00 | $0.00 | $0.00 |
| | SANTANDER CONSUMER USA | 4110-000 | $32,619.52 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Dealer Services | 4110-000 | $13,316.02 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $600,823.78 | $1,076,822.41 | $1,076,822.41 | $1,511.94 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janet S. Northrup, Trustee | 2100-000 | NA | $644.17 | $644.17 | $644.17 |
| Janet S. Northrup, Trustee | 2200-000 | NA | $407.69 | $407.69 | $407.69 |
| George Adams & Company Insurance Agency LLC | 2300-000 | NA | $3.75 | $3.75 | $3.75 |
| Integrity Bank | 2600-000 | NA | $9.14 | $9.14 | $9.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,064.75 | $1,064.75 | $1,064.75 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | $5,894.00 | $7,150.94 | $7,150.94 | $0.00 |
| 2 | Cavalry SPV I, LLC | 7100-000 | $109.00 | $237.20 | $237.20 | $0.00 |
| 3 | TEXAS HIGHER EDUCATION COORDINATIN G BOARD | 7100-000 | $85,343.73 | $18,604.98 | $18,604.98 | $0.00 |
| 4 | TEXAS HIGHER EDUCATION COORDINATIN G BOARD | 7100-000 | $40,000.00 | $6,052.04 | $6,052.04 | $0.00 |
| 5 | Navient Solutions, Inc. | 7100-000 | $49,384.00 | $10,766.70 | $10,766.70 | $0.00 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | $3,046.00 | $3,046.15 | $3,046.15 | $0.00 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | $1,327.00 | $1,327.14 | $1,327.14 | $0.00 |
| | Capital One | 7100-000 | $1,212,726.53 | $0.00 | $0.00 | $0.00 |
| | Capital One/Kohls | 7100-000 | $434.00 | $0.00 | $0.00 | $0.00 |
| | Conn Credit Corp | 7100-000 | $896.00 | $0.00 | $0.00 | $0.00 |
| | Dr. Manish Garala | 7100-000 | $285.00 | $0.00 | $0.00 | $0.00 |
| | GECRB/Care Credit | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $32,275.23 | $0.00 | $0.00 | $0.00 |
| | Key Corp Bank of Cleveland | 7100-000 | $24,000.00 | $0.00 | $0.00 | $0.00 |
| | Nellie Mae | 7100-000 | $16,000.00 | $0.00 | $0.00 | $0.00 |
| | Preferred Credit, Inc. | 7100-000 | $771.00 | $0.00 | $0.00 | $0.00 |
| | SANTANDER CONSUMER USA | 7100-000 | $2,053.00 | $0.00 | $0.00 | $0.00 |
| | U. S. Department of Education | 7100-000 | $81,200.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Verizon Wireless | 7100-000 | $116.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,558,860.49 | $47,185.15 | $47,185.15 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit 8

**Case No.:** 14-80115-G3
**Case Name:** ANTWI, STEPHEN K. AND ANTWI, SHUNTA M.
**For the Period Ending:** 1/13/2016

**Trustee Name:** Janet S. Northrup
**Date Filed (f) or Converted (c):** 03/27/2014 (f)
**§341(a) Meeting Date:** 05/01/2014
**Claims Bar Date:** 09/08/2014

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 2012 Lake Landing, Leaque City, TX 77573 WHISPERING LAKES RANCH SEC 2 PHASE II (2006) ABST 630 , BLOCK 3, LOT 17, ACRES 1.309 | $633,030.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 2 | Chase Bank Checking Acct. #6711 Available balance on date of filing | $5.42 | $5.42 | | $5.42 | FA |
| 3 | Chase Bank Checking Acct. #2012 Available balance on date of filing | $167.08 | $167.08 | | $167.08 | FA |
| 4 | 1 Dining Table and Chairs | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 5 | 1 Computer | $100.00 | $0.00 | | $0.00 | FA |
| 6 | 2 Sofas ($125) each | $250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 7 | 4 Beds ($100) each | $400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 8 | 1 Breakfest Table and Chairs | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 9 | 1 Refrigerator | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 10 | 1 Stove | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 11 | 1 Dishwasher | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 12 | 1 Microwave | $75.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 13 | 1 Washer | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 14 | 1 Dryer | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 14-80115-G3 | **Trustee Name:** | Janet S. Northrup |
| **Case Name:** | ANTWI, STEPHEN K. AND ANTWI, SHUNTA M. | **Date Filed (f) or Converted (c):** | 03/27/2014 (f) |
| **For the Period Ending:** | 1/13/2016 | **§341(a) Meeting Date:** | 05/01/2014 |
| | | **Claims Bar Date:** | 09/08/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 15 | 4 Televisions ($100) each | $400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 16 | 3 Dressers ($75) each | $225.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 17 | 1 DVD player | $50.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 18 | Misc. Books, DVD's, Wall Hangings. | $330.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 19 | Men's Wearing Apparel | $350.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 20 | Women's Wearing Apparel | $400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 21 | Children's Wearing Apparel | $450.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 22 | Misc. Costume Jewelry | $350.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 23 | Wife's Wedding Ring | $1,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 24 | Husband's Wedding Ring | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 25 | Glock 9MM | $150.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 26 | Golf Clubs | $250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 27 | Term Life at Farmers Insurance no cash value | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 28 | UTMB TSA Retirement Account | $49,227.45 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 29 | 2012 Lincoln MKT | $28,400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 30 | 2007 Ford Expedition | $12,600.00 | $0.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



**Case No.:** 14-80115-G3
**Case Name:** ANTWI, STEPHEN K. AND ANTWI, SHUNTA M.
**For the Period Ending:** 1/13/2016

**Trustee Name:** Janet S. Northrup
**Date Filed (f) or Converted (c):** 03/27/2014 (f)
**§341(a) Meeting Date:** 05/01/2014
**Claims Bar Date:** 09/08/2014

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| **Ref. #** | | | | | | |
| 31 | 3 Dogs ($10) each | $30.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt; Texas Property Code | | | | | |
| 32 | 2013 Tax Refund (u) | $0.00 | $2,106.13 | | $2,106.13 | FA |
| 33 | Texas Comptroller Unclaimed Funds (u) | $0.00 | $298.06 | | $298.06 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | **$729,939.95** | **$2,576.69** | | **$2,576.69** | **$0.00** |

**Major Activities affecting case closing:**

01/11/2016 TDR submitted.
08/26/2015 TFR filed.
06/24/2015 Bank statement submitted to OUST to coincide with TFR.
01/23/2015 TFR submitted.
11/25/2014 Ready for TFR.
11/18/2014 Ready for TFR.
10/14/2014 Sent email to debtor and attorney regarding turn over of funds of $172.50 no later than October 31, 2014.
09/29/2014 Debtor received tax refund check for $2,106.13. They owe $2,300 for 2011 tax period. The debtor was requested to turn over the tax refund.
09/25/2014 Prepare email to debtor and Tom Root regarding status of 2013 tax refund.
08/22/2014 Checked the status of unclaimed property funds via online. Claim was received on 7/30/2014. Claim is being processed.
07/22/2014 Found $163.13 in unclaimed funds with Comptroller.
06/04/2014 Trustee's request for notice of assets filed. Claims bar date: 9/8/14
05/28/2014 Sent email to Tom Root requesting client turnover tax refund upon receipt.
05/01/2014 Case being held open for 30 days to review 2013 tax return and potential recovery of non-exempt tax refund.

**Initial Projected Date Of Final Report (TFR):** 12/31/2016

**Current Projected Date Of Final Report (TFR):**

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 14-80115-G3 | **Trustee Name:** | Janet S. Northrup |
| **Case Name:** | ANTWI, STEPHEN K. AND ANTWI, SHUNTA M. | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***4384 | **Checking Acct #:** | ******0115 |
| **Co-Debtor Taxpayer ID #:** | **-***4385 | **Account Title:** | |
| **For Period Beginning:** | 3/27/2014 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/13/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/13/2014 | (32) | United States Treasury | Tax Refund | | 1224-000 | $2,106.13 | | $2,106.13 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $1.97 | $2,104.16 |
| 11/04/2014 | | Stephen Antwi | Funds on Deposit | | * | $172.50 | | $2,276.66 |
| | {2} | | Funds on Deposit | $5.42 | 1129-000 | | | $2,276.66 |
| | {3} | | | $167.08 | 1129-000 | | | $2,276.66 |
| 11/07/2014 | 1001 | George Adams & Company Insurance Agency LLC | Bond Premium Payment for 2014-15 | | 2300-000 | | $3.75 | $2,272.91 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $3.51 | $2,269.40 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $3.66 | $2,265.74 |
| 01/05/2015 | (33) | Texas Comptroller of Public Accounts | Unclaimed Funds | | 1229-000 | $298.06 | | $2,563.80 |
| 09/24/2015 | 1002 | Janet S. Northrup | Trustee Compensation | | 2100-000 | | $644.17 | $1,919.63 |
| 09/24/2015 | 1003 | Janet S. Northrup | Trustee Expenses | | 2200-000 | | $407.69 | $1,511.94 |
| 09/24/2015 | 1004 | SMS Financial CAP, LLC | Distribution on Claim #: 7; Amount Allowed: 1,076,822.41; Claim #: 7; Distribution Dividend: 0.14; | | 4110-000 | | $1,511.94 | $0.00 |
| | | | | | **SUBTOTALS** | $2,576.69 | $2,576.69 | |

Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 14-80115-G3 | **Trustee Name:** | Janet S. Northrup |
| **Case Name:** | ANTWI, STEPHEN K. AND ANTWI, SHUNTA M. | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***4384 | **Checking Acct #:** | ******0115 |
| **Co-Debtor Taxpayer ID #:** | **-***4385 | **Account Title:** | |
| **For Period Beginning:** | 3/27/2014 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/13/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $2,576.69 | $2,576.69 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,576.69 | $2,576.69 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,576.69 | $2,576.69 | |

**For the period of 3/27/2014 to 1/13/2016**

| | |
|---|---|
| Total Compensable Receipts: | $2,576.69 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,576.69 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $2,576.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,576.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/13/2014 to 1/13/2016**

| | |
|---|---|
| Total Compensable Receipts: | $2,576.69 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,576.69 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $2,576.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,576.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 14-80115-G3 | **Trustee Name:** | Janet S. Northrup |
| **Case Name:** | ANTWI, STEPHEN K. AND ANTWI, SHUNTA M. | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***4384 | **Checking Acct #:** | ******0115 |
| **Co-Debtor Taxpayer ID #:** | **-***4385 | **Account Title:** | |
| **For Period Beginning:** | 3/27/2014 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/13/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $2,576.69 | $2,576.69 | $0.00 |

**For the period of 3/27/2014 to 1/13/2016**

| | |
|---|---|
| Total Compensable Receipts: | $2,576.69 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,576.69 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $2,576.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,576.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/27/2014 to 1/13/2016**

| | |
|---|---|
| Total Compensable Receipts: | $2,576.69 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,576.69 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $2,576.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,576.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP